Vera L. Binzen, Respondent, *v.* Giles G. Healey, Appellant.

Submitted February 24, 1941; decided March 4, 1941.

*Gustave I. Jahr* for motion.

*Howard Osterhout* and *Robert W. Maloney, Jr.*, opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the action. (*Van Arsdale* v. *King*, 155 N. Y. 325; *Potter* v. *Diamond*, 266 N. Y. 635.)